TRANSAMERICA INSURANCE COMPANY ET AL., APPELLANTS, *v.* TAYLOR ET AL.; JESSON, APPELLEE.

[Cite as Transamerica Ins. Co. *v.* Taylor (1987), 32 Ohio St. 3d 396.]

(No. 86-229—Decided September 16, 1987.)

*Roetzel & Andress, George A. Clark* and *Bradley L. Snyder,* for appellant.

*Inscore, Rinehardt, Whitney & Enderle* and *Larry L. Inscore,* for appellee.

The judgment of the court of appeals is reversed and this cause is remanded to the trial court for further proceedings in accordance with *Preferred Risk Ins. Co.* v. *Gill* (1987), 30 Ohio St. 3d 108, 30 OBR 424, 507 N.E. 2d 1118.

HOLMES, WRIGHT, DOUGLAS and H. BROWN, JJ., concur.

SWEENEY and LOCHER, JJ., dissent.

MOYER, C.J., not participating.

LOCHER, J., dissenting. For the reasons set forth in my dissenting opinion in *Preferred Risk Ins. Co.* v. *Gill* (1987), 30 Ohio St. 3d 108, 117, 30 OBR 424, 431, 507 N.E. 2d 1118, 1125, I cannot join the majority's decision in this case.